UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| AGUSTIN BERNARDO VIRTO, | ) | NO. CV 17-1497-JVS (AGR) |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| CHRISTIAN PFEIFFER, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition For Writ of Habeas Corpus in this matter is denied and dismissed with prejudice.

DATED: May 18, 2020

_____
JAMES V. SELNA
United States District Judge